# In the United States Court of Federal Claims

* * * * * *

HOUSING ASSOCIATES OF DEXTER, LP, *

*

Plaintiff, * No.05-1295C

*

v. * Filed: February 13, 2006

*

UNITED STATES OF AMERICA, *

*

Defendant. *

* * * * * *

**ORDER**

The parties' joint motion to stay proceedings until 14 days after the conclusion of ADR is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge