# In the United States Court of Federal Claims

* * * * * *

HOUSING ASSOCIATES OF DEXTER, LP, *

*

Plaintiff, * No.05-1295C

v. * Filed: April 24, 2006

*

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

This case has been stayed pending ADR, for at least sixty days. Counsel will file a status report detailing progress to date, no later than May 8.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge