# In the United States Court of Federal Claims

* * * * * *

HOUSING ASSOCIATES OF DEXTER, L.P., *

*

Plaintiff, No. 05-1295C

*

v. Filed: April 24, 2008

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * *

**ORDER**

We ask the parties to file a joint status report on or before May 1 informing the court of the status of this case.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge